Certificate Number: 15111-PAE-DE-031444178

Bankruptcy Case Number: 18-13071



15111-PAE-DE-031444178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 8, 2018</u>, at <u>2:28</u> o'clock <u>PM EDT</u>, <u>Roger Tapia</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 8, 2018</u>               By:    <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

                                          Name:  <u>Ryan McDonough</u>

                                          Title:  <u>Executive Director of Education</u>